## IN THE SUPREME COURT OF THE STATE OF NEVADA

BRANDI ABTS, AN INDIVIDUAL,
        Appellant,
vs.
CYNTHIA ARNOLD-ABTS,
        Respondent.

No. 81296

BRANDI ABTS, AN INDIVIDUAL,
        Appellant,
vs.
CYNTHIA ARNOLD-ABTS,
        Respondent.

No. 81297

**FILED**

JUL 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

### ORDER DISMISSING APPEALS

These are pro se appeals from a district court order granting a motion to set aside a default judgment and a district court order dismissing certain claims and allowing appellant to amend her complaint. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

Review of the notices of appeal and documents before this court reveals jurisdictional defects. The order granting a motion to set aside a default judgment is not an independently appealable order. *See Estate of Adams v. Fallini*, 132 Nev. 814, 818, 386 P.3d 621, 624 (2016). Further, an order dismissing some, but not all, claims and allowing appellant to amend her complaint is not appealable as a final judgment. *See* NRAP 3A(b)(1); *Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment); *Bergenfield v. BAC Home Loan Servicing*, 131 Nev. 683, 354 P.3d 1282 (2015) (an order dismissing a complaint with leave to amend is not a final judgment). And no other statute or court rule appears to allow an appeal from such an order. *See Brown v. MHC Stagecoach, LLC*, 129

Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Accordingly, this court lacks jurisdiction over these appeals and orders them dismissed. However, the orders challenged in these appeals are subject to review in the context of appellant's appeal from the final judgment, on appeal in Docket No. 81298.

It is so ORDERED.[1]

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:    Hon. Ronald J. Israel, District Judge
       Brandi Abts
       Patricia A. Marr, Ltd.
       Eighth District Court Clerk

---

[1]This court takes no action on the pro se transcript request forms filed on June 24, 2020.